```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DECON LABORATORIES, INC.       :       CIVIL ACTION
                               :
          v.                   :
                               :
DECON LABORATORIES LIMITED     :       NO. 09-1241
```

ORDER

      AND NOW, this 18th day of August, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Decon Laboratories Limited to dismiss for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure is DENIED.

                                            BY THE COURT:


                                            /s/ Harvey Bartle III
                                                                         C.J.